# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY HARTMAN | ) | Case No. CV 15-5356 GHK(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.E. SPEARMAN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: 8/3/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE